# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRIAN TARAVELLA,** | ) | |
| Plaintiff, | ) | CASE NO. 1:25-CV-01692-RP |
| v. | ) | |
| | ) | |
| **EXACT CARE PHARMACY, LLC,** | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Before the Court is Defendant's Motion for Extension of Dispositive Motion Deadline (the "Motion"). The Court, having considered the Motion, finds that good cause exists and that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to file dispositive motions is hereby extended from November 15, 2026, to December 7, 2026. All other deadlines in the Court's Scheduling Order remain unchanged.

IT IS SO ORDERED.

SIGNED this ______ day of ____________________, 2026.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE