**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRIAN TARAVELLA,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-01692-RP |
| | § | |
| **EXACT CARE PHARMACY, LLC,** | § | |
| Defendant. | § | |

# ORDER MODIFYING THE SCHEDULING ORDER

Before the Court are *Plaintiff's Opposed Motion to Modify the Scheduling Order to Reopen Discovery and Extend the Dispositive Motion Deadline, and Response to Defendant's Motion for Extension of Dispositive Motion Deadline* (ECF No. 22) and *Defendant's Motion for Extension of Dispositive Motion Deadline* (ECF No. 21). Having considered the motions, the responses, the record, and the applicable law, the Court finds good cause under Federal Rule of Civil Procedure 16(b)(4).

IT IS ORDERED that Plaintiff's motion is **GRANTED**, and Defendant's motion (ECF No. 21) is **GRANTED IN PART** to the extent it seeks to extend the dispositive motion deadline and is otherwise **DENIED AS MOOT**.

IT IS FURTHER ORDERED that the *Scheduling Order* (ECF No. 19) is **MODIFIED** as follows:

1. Within fourteen (14) days of this order, Defendant Exact Care Pharmacy, LLC shall (a) produce the documents and information identified in Exhibit 6 to Plaintiff's motion, in native format with metadata, labeled to the requests to which they respond; (b) serve a privilege log complying with Rule 26(b)(5)(A); and (c)

serve complete answers to the interrogatories identified in Exhibit 6, verified under oath by an officer or agent of Defendant.

2. Discovery is reopened through **January 15, 2027**, limited to (a) Defendant's production and verified answers; (b) depositions of Todd Donnelly, Meghan Bublitz, Gary Davis, and Defendant's Rule 30(b)(6) representative; (c) subpoenas under Rule 45 to GJT, Inc. d/b/a Conversion Finder, TopInsuranceDeals, Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions, and the carrier for (732) 965-5111; and (d) supplemental expert reports addressing the new production.

3. All dispositive motions shall be filed on or before **February 15, 2027**.

4. All other deadlines remain in effect.

SIGNED on ______________, 2026.

______________________________
**HON. ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**