CALFEE

Calfee, Halter & Griswold LLP
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**

EXHIBIT
2
exhibitsticker.com

slamka@calfee.com
216.622.8554 **Direct**

July 20, 2026

**Via Email**
Stephen D. Casey
Verdict Law, PLLC
1604 Rio Grande Street
Austin, Texas 78701
stephen@verdictlaw.law

Re: *Response to July 15, 2026 Correspondence in Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 01:25-CV-01692-RP in the United States District Court for the Western District of Texas, Austin Division*

Dear Stephen,

We are in receipt of your July 15, 2026 correspondence. Thank you for the extension until July 29, 2026. We will provide written objections and responses to Plaintiff's discovery requests by then. Please note that responsive documents will be produced on a rolling basis. To that end, our standard practice requires a Protective Order and ESI Protocol prior to the production of documents since the information within constitutes confidential business material. We will send draft agreements to you this week.

Additionally, Exact Care notes your disagreement with its characterization of your July 9 Letter as premature. Exact Care stands by its position. Moreover, Exact Care's July 14 Letter did not attempt to modify the parties' prior agreement. Rather, it aimed to provide important, missing context should these issues ever come before the Court. Specifically, Plaintiff's delay of over two months in providing a written response to Exact Care's settlement offer created some ambiguity as to Plaintiff's intention to litigate his claims (because, among other reasons and as you appreciate, engaging in discovery can and will serve to drive up the cost of settlement).

Thank you again for the extension.

Sincerely,

*/s/ Samantha Lamka*

Samantha Lamka

CC: Colleen O'Neil (coneil@calfee.com)
RuthAnn Hoagland (ruthann@verdictlaw.law)