**Tuesday, November 10, 2026 at 8:59:27 AM Central Standard Time**

EXHIBIT 4

exhibitsticker.com

**Subject:** RE: Draft ESI order
**Date:** Monday, November 9, 2026 at 2:01:20 PM Central Standard Time
**From:** Samantha Lamka
**To:** Stephen Casey

Stephen,

Exact Care provided very little discovery on your client because he was never transferred and never spoke to any Exact Care representatives as explained in our discovery responses. *See* Interrogatory Response No. 5. We produced the responsive documents in our client's possession that pertained to your client and his claims even absent the ESI protocol to comply with our discovery obligations.

In the spirit of compromise, I will follow up with my client to confirm it has no other documents/information in its possession related to your client or this litigation (subject to privilege) and supplement accordingly.

Best,
Sam

**Samantha Lamka**
*Attorney at Law*
slamka@calfee.com
216.622.8554 **Phone**

**From:** Stephen Casey <stephen@verdictlaw.law>
**Sent:** Monday, November 9, 2026 2:27 PM
**To:** Samantha Lamka <SLamka@Calfee.com>
**Subject:** Re: Draft ESI order

Well, we have a shortfall letter b/c most of the responses your client did not provide were grounded on the ESI protocol. We have very little from your client by way of discovery. Does your client intend to supplement based on it being moot?

Get Outlook for Mac

---

**From:** Samantha Lamka <SLamka@Calfee.com>
**Date:** Monday, November 9, 2026 at 1:25 PM
**To:** Stephen Casey <stephen@verdictlaw.law>
**Cc:** Colleen ONeil <CONeil@Calfee.com>; RuthAnn Hoagland <ruthann@verdictlaw.law>
**Subject:** RE: Draft ESI order

Stephen,

Given discovery is closed, we see the ESI protocol as a moot point now.

Best,
Sam

**Samantha Lamka**
*Attorney at Law*

slamka@calfee.com
216.622.8554 **Office**
216.241.0816 **Fax**

**Calfee, Halter & Griswold LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607

Calfee.com | Info@Calfee.com | 888.CALFEE1

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

---

**From:** Stephen Casey <stephen@verdictlaw.law>
**Sent:** Monday, November 9, 2026 1:56 PM
**To:** Samantha Lamka <SLamka@Calfee.com>
**Cc:** Colleen ONeil <CONeil@Calfee.com>; RuthAnn Hoagland <ruthann@verdictlaw.law>
**Subject:** FW: Draft ESI order

Dear Sam,
Any word on this? Thanks.

Have a blessed day,
Stephen

Get Outlook for Mac

---

**From:** Stephen Casey <stephen@verdictlaw.law>
**Date:** Monday, August 31, 2026 at 1:31 PM
**To:** Samantha Lamka <slamka@calfee.com>; Colleen ONeil <coneil@calfee.com>
**Cc:** RuthAnn Hoagland <ruthann@verdictlaw.law>
**Subject:** Draft ESI order
Dear Sam,
Attached is a redline and clean copy of the ESI order with some requested changes. LMK if you have any questions and we can get on the phone to discuss. Thanks.

Have a blessed afternoon,
Stephen

--
Stephen D. Casey
Attorney

Verdict Law, PLLC
1604 Rio Grande Street
Austin, Texas 78701
Telephone: (512) 887-1900
Telecopier: (512) 887-1901
Cell Phone: (512) 949-7818
The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by email, and delete the original message.