CALFEE

EXHIBIT

8

exhibitsticker.com

slamka@calfee.com
216.622.8554 **Direct**

November 11, 2026

**Via Email**
Stephen D. Casey
Verdict Law, PLLC
1604 Rio Grande Street
Austin, Texas 78701
stephen@verdictlaw.law

Re: *Response to November 10 Correspondence in Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 01:25-CV-01692-RP in the United States District Court for the Western District of Texas, Austin Division*

Dear Stephen,

We are in receipt of your November 11, 2026 correspondence. Your correspondence details various discovery inquiries related to Exact Care's responses and document production. These inquiries are untimely given the discovery deadline in this case ended nearly six weeks ago. Notwithstanding the belated nature of your correspondence, Exact Care will work to produce and supplement its responses or documents based off the list provided in your letter. Exact Care will make any necessary supplementation even without the ESI protocol. Exact Care does not agree to re-open discovery though and opposes your motion to do so.

We note that much of your correspondence relies on the lack of the ESI protocol in place despite Exact Care including this protocol in its initial discovery responses. To be clear, Exact Care produced responsive documents *without* this ESI protocol to ensure it fulfilled its discovery obligations. Your reliance on this protocol's omission does not warrant re-opening discovery, especially considering how late in this case you are making this request.

Finally, this apparent discovery issue has complicated the parties' initial agreement of extending the dispositive motion deadline. Exact Care will ask the Court for an extension and would like to know whether you still agree to December 7 for the new dispositive motion deadline? Please let us know by 2:00 pm EST **today** if you agree to this extension.

Sincerely,

/s/ Samantha Lamka