UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN TARAVELLA, | ) | |
| | ) | Case No. 1:25-CV-01692-RP |
| Plaintiff, | ) | |
| | ) | JUDGE ROBERT PITMAN |
| v. | ) | |
| | ) | |
| EXACT CARE PHARMACY, LLC, | ) | **DEFENDANT EXACT CARE** |
| | ) | **PHARMACY, LLC'S NOTICE OF** |
| Defendant. | ) | **WITHDRAWAL OF ITS MOTION** |
| | ) | **TO EXTEND SCHEDULING ORDER** |
| | ) | **DEADLINES RELATED TO** |
| | ) | **DISPOSITIVE MOTIONS** |

PLEASE TAKE NOTICE that Defendant Exact Care Pharmacy, LLC ("Exact Care") hereby withdraws its November 11, 2026 Motion to Extend Scheduling Order Deadlines Related to Dispositive Motions ("Motion to Extend"). Exact Care filed the Motion to Extend out of an abundance of caution to ensure it would have sufficient time to file a dispositive motion in the above-captioned action. The Motion to Extend has not been granted, leaving the deadline for dispositive motions as November 15, 2026.[1] To comply with the original Court ordered deadline, Exact Care drafted and filed its dispositive motion and hereby no longer needs an extension of time related to this filing's deadline. Accordingly, Exact Care realizes the Motion to Extend is moot and withdraws the same from the Court's docket.

Respectfully submitted,

[1] While the Court's Scheduling Order states November 15, 2026 as the dispositive motion deadline, Fed. R. Civ. P. 6(a)(1)(C) provides that when a period of time is stated in days, the last day of the period is included but if it is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday. Given that November 15, 2026 was a Sunday, Fed. R. Civ. P. 6 extends the dispositive motion deadline to Monday, November 16, 2026.



4931-8887-7538, v.1

*/s/ Colleen O'Neil*

Gregg R. Brown (031290)
GERMER, BEAMAN & BROWN PLLC
1501 S. Mopac Expressway, Suite A400
Austin, TX 78746
Tel: 512-472-0288
Fax: 512-472-9260
Email: grb-svc@germer-austin.com

Colleen M. O'Neil, *pro hac vice*
Samantha Lamka, *pro hac vice*
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Tel: (216) 622-8200
Fax: (216) 241-0816
Email: coneil@calfee.com
slamka@calfee.com

*Counsel for Defendant Exact Care Pharmacy, LLC*

**CERTIFICATE OF SERVICE.**

I certify that on November 16, 2026, the foregoing, *Defendant Exact Care Pharmacy, LLC's Notice of Withdrawal of its Motion to Extend Scheduling Order Deadlines Related to Dispositive Motions*, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Colleen O'Neil*
*One of the Attorneys for Defendant Exact Care Pharmacy, LLC*