EXHIBIT 1

**Samantha Lamka**

| | |
|---|---|
| **From:** | Samantha Lamka |
| **Sent:** | Tuesday, July 28, 2026 3:17 PM |
| **To:** | 'RuthAnn Hoagland'; Stephen Casey |
| **Cc:** | Colleen ONeil; Maritza Garces |
| **Subject:** | RE: Case No. 1:25-cv-01692-RP, Brian Taravella v. Exact Care Pharmacy, LLC |
| **Attachments:** | DRAFT - ESI Protocol v 1 (4907-1395-7568).docx; (Proposed) Confidentiality-and-Protective-Order v 1 (4933-2799-2768).pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please see attached draft ESI Protocol for your review and comment. Also, the Court/Local Rules have a template for a protective order that contemplates the parties filing a joint motion to enter the same. Please advise if this template works for you and we can work on drafting the motion.

Best,
Sam

---

**From:** RuthAnn Hoagland <ruthann@verdictlaw.law>
**Sent:** Tuesday, July 28, 2026 12:54 PM
**To:** Samantha Lamka <SLamka@Calfee.com>
**Cc:** Colleen ONeil <CONeil@Calfee.com>; Stephen Casey <stephen@verdictlaw.law>; Maritza Garces <maritza@verdictlaw.law>
**Subject:** Case No. 1:25-cv-01692-RP, Brian Taravella v. Exact Care Pharmacy, LLC

Good morning, Ms. Lamka,

Please see the attached correspondence from Mr. Casey regarding discovery and proposed Protective Order and ESI Protocol in this matter.

Please let us know if you have any questions.

*Respectfully,*

*RuthAnn N. Hoagland*
*Paralegal*

VERDICT LAW, PLLC
1604 Rio Grande Street
Austin, Texas 78701

ruthann@verdictlaw.law
service@verdictlaw.law
Telephone: (512) 887-1900
Telecopier: (512) 887-1901

The information contained in this email is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by email, and delete the original message.

## Samantha Lamka

**From:** Samantha Lamka
**Sent:** Tuesday, August 18, 2026 3:11 PM
**To:** Stephen Casey
**Cc:** Colleen ONeil
**Subject:** Case No. 1:25-cv-01692-RP; Brian Taravella v. Exact Care Pharmacy, LLC
**Attachments:** Executed Verification of Interrogatory Responses v 1 (4939-1896-1351).pdf; Exact Care's Amended Objections and Responses to Plaintiff Brian Taravella's First Set of Discovery Requests v 5 (4909-7393-1201).pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Dear Stephen,

Attached are amended discovery responses and the verification for the interrogatories. Additionally, I am following up on the outstanding items:

- Your comments to the ESI protocol which was provided on July 28, 2026
- Your filing of the R. 26(f) report. We sent our final edits on July 14, 2026
- Given discovery is ongoing, please indicate whether you would agree to waive initial disclosures. If not, please let me know if we can come to an agreed-upon date to exchange the same.

Best,
Sam

**Samantha Lamka**

| | |
|---|---|
| **From:** | Samantha Lamka |
| **Sent:** | Friday, August 28, 2026 7:41 PM |
| **To:** | Stephen Casey |
| **Cc:** | Colleen ONeil |
| **Subject:** | Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's Production of Documents |

Counsel,

Please see the below link for Defendant Exact Care Pharmacy, LLC's first production of documents, bates numbered EXACTCARE-TARAVELLA_000001 - EXACTCARE-TARAVELLA_005584. You will have to download the zip file from the front page of this link in order to extract and view the files. The link will be active for 14 days.

EXACTCARE-TARAVELLA-01 Production

Please let me know if you have any issues with the link.

Best,
Sam

**Samantha Lamka**

---

**From:** Samantha Lamka
**Sent:** Thursday, September 24, 2026 5:21 PM
**To:** Stephen Casey
**Cc:** Colleen ONeil
**Subject:** RE: Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests

Stephen,

We can do the 10/9 starting the morning via Zoom. I will send a notice soon.

Best,
Sam

---

**From:** Stephen Casey <stephen@verdictlaw.law>
**Sent:** Tuesday, September 22, 2026 12:37 PM
**To:** Samantha Lamka <SLamka@Calfee.com>
**Subject:** Re: Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests

Dear Sam,
Sorry for not getting back to you sooner. We have 10/5 all day and 10/9 until 2 pm. Will either of those work?

Have a blessed morning,
Stephen

Get Outlook for Mac

---

**From:** Samantha Lamka <SLamka@Calfee.com>
**Date:** Monday, September 21, 2026 at 4:39 PM
**To:** Stephen Casey <stephen@verdictlaw.law>
**Cc:** Colleen ONeil <CONeil@Calfee.com>
**Subject:** RE: Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests

Stephen,

We still have not heard back as to your client's availability for a deposition. Please advise asap as we need to work around schedules and prepare for the same.

Best,
Sam

**Samantha Lamka**

*Attorney at Law*
slamka@calfee.com
216.622.8554 **Phone**

---

**From:** Stephen Casey <stephen@verdictlaw.law>
**Sent:** Tuesday, September 8, 2026 1:47 PM
**To:** Samantha Lamka <SLamka@Calfee.com>
**Cc:** Colleen ONeil <CONeil@Calfee.com>
**Subject:** Re: Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests

Dear Sam,
Received. I'll get with him.

Have a blessed Tuesday,
Stephen

--
Stephen D. Casey
Attorney

Verdict Law, PLLC
1604 Rio Grande Street
Austin, Texas 78701
Telephone: (512) 887-1900
Telecopier: (512) 887-1901
Cell Phone: (512) 949-7818
The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by email, and delete the original message.

---

**From:** Samantha Lamka <SLamka@Calfee.com>
**Date:** Tuesday, September 8, 2026 at 12:44 PM
**To:** Stephen Casey <stephen@verdictlaw.law>
**Cc:** Colleen ONeil <CONeil@Calfee.com>
**Subject:** RE: Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests
Stephen,

By way of update, we are working on your proposed revisions to the ESI protocol and Rule 26 Report and will send those once complete. In the meantime, please send your client's availability for this month for a deposition?

Best,
Sam

**Samantha Lamka**
*Attorney at Law*

slamka@calfee.com
216.622.8554 **Office**
216.241.0816 **Fax**

**Calfee, Halter & Griswold LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607

CALFEE Calfee.com | Info@Calfee.com | 888.CALFEE1

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Samantha Lamka
**Sent:** Friday, August 28, 2026 7:35 PM
**To:** Stephen Casey <stephen@verdictlaw.law>
**Cc:** Colleen ONeil <CONeil@Calfee.com>
**Subject:** Brian Taravella v. Exact Care Pharmacy, LLC, Case No. 1:25-cv-01692-RP - Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests

Counsel,

Please see attached Defendant Exact Care Pharmacy, LLC's First Set of Discovery Requests and Exhibit A directed to Plaintiff Brian Taravella. Additionally, please advise of Plaintiff's availability between September 10 to 20, 2026 for a deposition.

Best,
Sam