EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRIAN TARAVELLA,<br><br>Plaintiff,<br><br>v.<br><br>EXACT CARE PHARMACY, LLC,<br><br>Defendant. | Case No. 1:25-CV-01692-RP<br><br>JUDGE ROBERT PITMAN |

**DECLARATION OF SAMANTHA I. LAMKA**

1. My name is Samantha I. Lamka. I am one of the attorneys for Defendant Exact Care Pharmacy, LLC ("Exact Care"). I am over the age of eighteen, I am competent to make this declaration, and I have personal knowledge of the facts stated within.
2. Attached to Exact Care's Opposition to Plaintiff's Motion to Modify the Scheduling Order to Reopen Discovery and Extend the Dispositive Motion Deadline is **Exhibit 1**, which are true and correct copies of various emails exchanged between Exact Care's counsel and counsel for Plaintiff.

I declare under penalty of perjury under the laws of the United States of America (28 U.S. Code § 1746) that the foregoing is true and correct.

Respectfully submitted,